7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  James Clifford Kirkendoll, III and Adrienne Nicole Kirkendoll BELOW MED
*Debtor*

*Bankruptcy Case No.*
11–51023–jwv13

**James Clifford Kirkendoll**
**Adrienne N. Kirkendoll**
    Plaintiff(s)

*Adversary Case No.*
12–05003–jwv

v.

**ABN AMRO Mortgage Group, Inc, The originating lender assigned to Webster Bank, NA**
    Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Deed of Trust is dated November 8, 2005, of Clinton County, Missouri for the purpose of adding the Trustee to the Deed of Trust, in the Clinton County Recorder of Deeds encumbering the Property shall be deemed void pursuant to 11 USC 506 and Nobleman v. American Savings Bank, 113 S. Ct. 2106 (1993), as of the date when Debtors complete their Chapter 13 Plan and are granted a discharge by this Court. At such time Debtors are granted a discharge, upon request by Plaintiff, Defendant shall prepare and deliver to Plaintiff a full deed of release of Defendants Deed of Trust. In the event the Debtors fail to complete their Chapter 13 Plan and receive a discharge, this Order Shall become null and void. It is further ORDERED that Defendant ABN AMRO Mortgage Group, Inc. The originating lender. Assigned to: Webster Bank, NA claim shall be allowed as a non–priority unsecured claim.

The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 5/21/12

Court to serve